Brian A. Bender, Esq. (BAB-0218)
Harris Beach PLLC
100 Wall Street
New York, New York 10005
(212) 687-0100

*Attorneys for Defendants*
*LEFRAK ORGANIZATION, INC. and*
*HUDSON TOWERS HOUSING CO., INC.*

21 MC 102 (AKH)

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

---

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NAYIBE PADREDIN,

                                   Plaintiff,

-against-

80 LAFAYETTE ASSOCIATES, LLC, B.R. FRIES &
ASSOCIATES, INC., BATTERY PARK CITY
AUTHORITY, BLUE MILLENNIUM REALTY LLC,
CENTURY 21, INC., EMPIRE STATE PROPERTIES,
INC., GRUBB & ELLIS MANAGEMENT
SERVICES, HILLMAN ENVIRONMENTAL
GROUP, LLC., HUDSON TOWERS HOUSING CO.,
INC., LEFRAK ORGANIZATION, INC., MAYORE
ESTATES LLC, MAYORE ESTATES LLC AND 80
LAFAYETTE ASSOCIATION LLC AS TENANTS IN
COMMON, and STONER AND COMPANY, INC.,

                                  Defendants.

Case No.:
07-CV-5306 (AKH)

**NOTICE OF APPEARANCE**

---

TO:   THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD

      **PLEASE TAKE NOTICE**, that defendants, LEFRAK ORGANIZATION, INC. and HUDSON TOWERS HOUSING CO., INC. hereby appear in the above-entitled action. The

undersigned have been retained as attorneys for said defendants and demand that all papers in this action be served upon the undersigned at the office and address stated below.

The undersigned attorney certifies that he is admitted to practice in this Court.

Dated: New York, New York
September 10, 2007

                              Yours etc.,

                              **HARRIS BEACH PLLC**

                              _____
                              Brian A. Bender, Esq. (BAB-0218)
                              HARRIS BEACH PLLC
                              _Attorney for Defendants_
                              ***LEFRAK ORGANIZATION, INC.* and**
                              ***HUDSON TOWERS HOUSING CO., INC.***
                              100 Wall Street, 23rd Floor
                              New York, New York 10005
                              (212) 687-0100

245986.1

21 MC 102 (AKH)

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

---

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NAYIBE PADREDIN,

                                      Plaintiff,

        -against-

80 LAFAYETTE ASSOCIATES, LLC, ET AL.,

                                  Defendants.

Case No.:
07-CV-5306 (AKH)

## NOTICE OF APPEARANCE

**HARRIS BEACH, PLLC**
*Attorneys for Defendant*
***LEFRAK ORGANIZATION, INC. and***
***HUDSON TOWERS HOUSING CO., INC.***
100 Wall Street, 23rd Floor
New York, New York 10005
(212) 687-0100